# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CV-00566-HG-RT |
| CASE NAME: | Gentry Homes, Ltd. v. Simpson Strong-Tie Co., Inc. et al. |
| ATTORNEYS FOR PLAINTIFF: | Ryan H. Engle<br>Sarah M. Love |
| ATTORNEYS FOR DEFENDANT: | Derek J. Brow<br>Kevin S.W. Chee |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record |
| DATE: | 03/09/2020 | TIME: | 10:20 - 11:30 |

COURT ACTION:  EP: FINAL PRETRIAL CONFERENCE BEFORE MAGISTRATE JUDGE TRADER held.

Final Pretrial Conference:

Court confirms trial of 04/21/2020 at 9:00 a.m. before District Judge Helen Gillmor and all deadlines.

Settlement Discussions:

Court conducted settlement discussions with the parties.  Court confirms Mandatory Settlement Conference set for 3/18/20 at 10:00 a.m. before Magistrate Judge Trader.

*Submitted by: Juliet Parker, Courtroom Manager.*