# MINUTES

CASE NUMBER:    1:17-CV-00566-HG-RT

CASE NAME:    Gentry Homes, Ltd. v. Simpson Strong-Tie Co., Inc. et al.

ATTYS FOR PLA:    Ryan H. Engle
Sarah M. Love

ATTYS FOR DEFT:    Kevin Chee
Derek J. Brow

JUDGE:    Rom Trader    REPORTER:    No Record

DATE:    03/18/2020    TIME:    10:00 a.m. - 12:45 p.m

COURT ACTION:    EP: SETTLEMENT CONFERENCE held.

Discussion had.

No Settlement. Further settlement on-call.

*Submitted by: Juliet Parker, Courtroom Manager.*