# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 17-00566 HG-RT |
| CASE NAME: | Gentry Homes, Ltd. v. Simpson Strong-Tie Co., Inc.; Simpson Manufacturing Co., Inc.; John Does 1-20 |
| ATTYS FOR PLA: | Jason W. Jutz, Esquire<br>Ryan H. Engle, Esquire<br>Sarah M. Love, Esquire |
| ATTYS FOR DEFTS: | Derek J. Brow, Esquire<br>Devon I. Peterson, Esquire<br>Keith K. Kato, Esquire<br>Kevin S.W. Chee, Esquire |

| | |
|---|---|
| JUDGE: | Helen Gillmor |
| DATE: | March 24, 2020 |

EO:  TRIAL DATE AND TRIAL-RELATED DEADLINES

**TRIAL DATE AND TRIAL-RELATED DEADLINES**

    **A.  Hearing Dates**

Jury Selection/Jury Trial to follow is set for **October 20, 2020 at 9:00AM before the Honorable Helen Gillmor.**

The Final Pretrial Conference before the Honorable Helen Gillmor is set for **October 8, 2020 at 10:30 a.m.**

The Final Pretrial Conference before Magistrate Judge Rom Trader is set for **September 8, 2020 at 9:00 a.m.**

Final Pretrial Statements shall be filed pursuant to District of Hawaii Local Rule 16.6 on or before **September 1, 2020.**

    **B.  Motions**

Motions to join additional parties or to amend the pleadings shall be filed on or before - **CLOSED.**

Non-dispositive motions, other than Motions in Limine and discovery motions, shall be filed on or before - **CLOSED.**

Dispositive motions shall be filed on or before - **CLOSED.**

Motions in Limine shall be filed on or before **September 15, 2020.**

Oppositions to Motions in Limine shall be filed on or before **September 22, 2020.**

    C.    **Expert Witnesses and Discovery**

Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures pursuant to this paragraph shall be according to the following schedule:

    a.    Plaintiff shall comply on or before - **CLOSED.**

    b.    Defendants shall comply on or before - **CLOSED.**

The discovery deadline is **CLOSED.**

Unless otherwise permitted, all discovery motions shall be made no later than 30 days prior - **CLOSED.**

    D.    **Settlement**

The Parties shall contact Magistrate Judge Trader's Chambers to schedule a further settlement conference.

    E.    **Voir Dire, Verdict Form, Statement of the Case, Witness Lists, & Trial Briefs**

Witness Lists shall be filed on or before **September 22, 2020.** The Witness Lists shall list the identity of each witness that the party will call at trial and describe concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on

direct examination. The Parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

Trial Briefs shall be filed on or before **September 22, 2020.** The Trial Brief shall include all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the Party's position and the supporting arguments and authorities.

Proposed Voir Dire Questions shall be filed on or before **October 6, 2020.**

The Parties shall confer in advance of trial for the purpose of preparing an agreed upon Special Verdict Form, if a Special Verdict Form is to be requested.  The agreed upon Special Verdict Form shall be filed on or before **September 29, 2020.**

The Parties shall confer in advance of trial for the purpose of preparing an agreed upon Concise Statement of the Case that may be read by the trial judge to the jury during voir dire. The agreed upon Concise Statement of the Case shall be filed on or before **September 29, 2020.**

   **F.   Exhibits**

Exhibits and Demonstrative Aids shall be exchanged on or before **September 8, 2020.**

The Parties shall meet and confer and file Stipulations to the Authenticity/Admissibility of Proposed Exhibits on or before **September 29, 2020.**

Objections to the Exhibits shall be filed on or before **September 29, 2020.** Copies of any exhibits to which Objections are made shall be attached to the Objections.

Trial Exhibits, an original and two copies, shall be submitted **September 22, 2020.** The Trial Exhibits shall be tabbed and placed in three-ring binders **no more than 2 and 3/4 inches wide.** The three-ring binders shall not exceed the

width of the ring such that the Court and the Witness can turn the pages freely. Trial Exhibits are to be referred to as Trial Exhibits and not Plaintiff's and Defendant's Trial Exhibits. The numbering of the Trial Exhibits shall start with 1 through 999 as to the Plaintiff's numbering of Exhibits and starting at 1000 as to the Defendant's numbering of Exhibits.

### G. Deposition Excerpts

Deposition Designations shall be filed on or before **September 29, 2020.** The Parties shall submit the entire Deposition and highlight the portion they wish to introduce.

Counter-Designations and Objections shall be filed on or before **October 6, 2020.** The Parties shall submit the Deposition and highlight their Counter-Designations and their Objections in different colors than the opposing party.

### H. Jury Instructions

The Parties shall meet and confer and file Joint Jury Instructions, in accordance with Federal Rule of Civil Procedure 51 and District of Hawaii Local Rule 51.1, on or before **September 29, 2020.**

Submitted by: Rachel Sharpe, Courtroom Manager